1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                         **DISTRICT OF NEVADA**

8

9   LARRY D. REAVES,                        )
                                            )        3:14-CV-0616-RCJ (VPC)
                    Plaintiff,              )        3:14-CV-0617-RCJ (VPC)
10                                          )        3:14-CV-0654-RCJ (VPC)
           vs.                              )        3:14-CV-0669-RCJ (VPC)
11                                          )        3:14-CV-0670-RCJ (VPC)
    DEPARTMENT OF VETERANS                  )        3:15-CV-0005-RCJ (VPC)
12  AFFAIRS, *et al.,*                      )        3:15-CV-0006-RCJ (VPC)
                                            )        3:15-CV-0023-RCJ (VPC)
13                  Defendants.             )        3:15-CV-0024-RCJ (VPC)
    ──────────────────────────             )        3:15-CV-0050-RCJ (VPC)
14                                                   3:15-CV-0051-RCJ (VPC)
                                                     3:15-CV-0054-RCJ (VPC)
15                                                   3:15-CV-0076-RCJ (VPC)
                                                     3:15-CV-0079-RCJ (VPC)
16

17          The Court has considered the Report and Recommendation of United States Magistrate

18  (ECF #3) entered on February 20, 2015, in which the Magistrate Judge recommends Plaintiff's

19  cases be dismissed with prejudice.  The Court has considered the pleadings and memoranda of the

20  parties and other relevant matters of record and has made a review and determination in accordance

21  with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the

22  court hereby

23          ADOPTS AND ACCEPTS the Report and Recommendation of the United States

24  Magistrate Judge (ECF #3).

25  ///

26  ///

1    IT IS HEREBY ORDERED that Plaintiff's cases are DISMISSED WITH PREJUDICE.

2  The Clerk of the Court shall close the cases.

3    IT IS SO ORDERED this 10th day of March, 2015.

4

5

6

7

8    _____
   UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26